Michael J. Korda (SBN 88572)
KRAW LAW GROUP, APC
605 Ellis Street, Suite 200
Mountain View, CA 9043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
mkorda@kraw.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS COATES, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>ATIEVA USA, INC. SEVERANCE BENEFIT PLAN,<br><br>Defendant. | Case No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, for Plaintiffs there are no other interested entities or persons (other than the Pension Fund's participants and beneficiaries). Additionally, there is no parent company for any Plaintiff.

Dated: June 24, 2020                                                          KRAW LAW GROUP, APC


                                                                                                   /s/ Michael J. Korda
                                                                                                  Michael J. Korda
                                                                                                  *Counsel for Plaintiff*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - 1
CASE NO.: