J. ROBERT SHUMAN, JR. (SBN 100236)
shu@shusny.com
KRISTEN L. McMICHAEL (SBN 193343)
kristi@shusny.com
SHUMAN SNYDER LLP
525 Middlefield Road, Suite 140
Menlo Park, CA 94025
Tel: 650.443.5100
Fax: 650.644.3348

Attorneys for Defendants ATIEVA USA, INC.
SEVERANCE BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS COATES, | CASE NO. 3:20-CV-04176-SK |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ATIEVA USA, INC. SEVERANCE BENEFIT PLAN, | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed corporation has a financial interest in the subject matter in controversy or in a party to the proceeding: Atieva USA, Inc. (the "Plan Sponsor" of Defendant Atieva USA, Inc. Severance Benefit Plan).

DATED: August 10, 2020

SHUMAN SNYDER LLP

By: /s/ J. Robert Shuman, Jr.
J. ROBERT SHUMAN, JR.
Attorneys for Defendant ATIEVA USA, INC.
SEVERANCE PLAN

-1-

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Shuman Snyder LLP, 525 Middlefield Road, Suite 140, Menlo Park, California 94025. On August 10, 2020, I served the within documents:

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

(X) By ECF. I caused such document(s) to be served on all parties who have appeared in the action by and through the Court's electronic filing system and in accordance with Northern District of California Local Rule 5-1.

( ) By placing said document(s) listed above in a sealed Federal Express envelope, affixing a pre-paid air bill for priority overnight delivery, and causing same to be delivered to a Federal Express agent for delivery to the person(s) set forth below.

( ) By placing said document(s) in a sealed envelope, and causing said envelope to be deposited with the United States Mail at Menlo Park, California, addressed for delivery to the person(s) set forth below.

Michael J. Korda
Kraw Law Group, APC
605 Ellis St., Suite 200
Mountain View, CA 94043
mkorda@kraw.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Menlo Park, California on the date first herein above written.

_____
Maurene Martin