Michael J. Korda (California Bar No. 88572)
KRAW LAW GROUP, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
mkorda@kraw.com

Attorneys for Plaintiff:
*Douglas Coates*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS COATES, An Individual,<br><br>Plaintiff,<br><br>v.<br><br><br>ATIEVA USA, INC. SEVERANCE BENEFIT PLAN,<br><br>Defendant. | Case No.: 3:20-CV-04176-SK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |

By and through their undersigned counsel, Plaintiff Douglas Coates ("Plaintiff"), and Defendant Atieva USA, Inc. Severance Benefit Plan ("Defendant") do hereby stipulate that this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

DATED: November 20, 2020            KRAW LAW GROUP APC

                                                              By /s/ Michael J. Korda
                                                              Michael Korda
                                                              Counsel for Plaintiff

STIP. OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)- 1
CASE NO.: 3:20-CV-04176-SK

Douglas Coates

SHUMAN SNYDER LLP

By */s/ J. Robert Shuman, Jr.*
J. Robert Shuman, Jr.
Counsel for Defendant Atieva
USA, Inc. Severance Benefit Plan

ATTESTATION

I, Michael J. Korda, attest that the Counsel for defendant Atieva USA, Inc. Severance Benefit Plan, has read and approved the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a) and has consented to its filing in this action.

DATED: NOVEMBER 20, 2020                KRAW LAW GROUP, APC

BY: /s/ Michael J. Korda
MICHAEL J. KORDA
*Counsel for Plaintiff*
*Douglas Coates*